STEPHEN A. MANSFIELD (SBN 129666)
smansfield@akingump.com
ROBERT B. HUMPHREYS (SBN 168833)
rhumphreys@akingump.com
TERESA W. WANG (SBN 252961)
twang@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
580 California Street, Suite 1500
San Francisco, CA 94104
Telephone: (415) 765-9500
Facsimile: (415) 765-9501

Attorneys for Plaintiff,
JEFFREY T. WEBBER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| JEFFREY T. WEBBER, | Case No. CV 09 1161 |
| Petitioner, | **CERTIFICATION AS TO INTERESTED PARTIES** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named party, there is no such interest to report.

Dated: March 17, 2009

AKIN GUMP STRAUSS HAUER & FELD LLP
STEPHEN A. MANSFIELD
ROBERT B. HUMPHREYS
TERESA WANG

By _____
Stephen A. Mansfield
Attorneys for Plaintiff,
JEFFREY T. WEBBER