AO 440 (Rev. 01/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| JEFFREY T. WEBBER | ) | |
|---|---|---|
| *Plaintiff* | ) | CV 09 1161 |
| v. | ) | Civil Action No. |
| UNITED STATES OF AMERICA | ) | CRB |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Joseph P. Russoniello, United States Attorney
Northern District of California
450 Golden Gate Ave., Box 36055, 11th Floor Federal Building
San Francisco, California 94102

A lawsuit has been filed against you.

Within ~~20~~ 60 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stephen A. Mansfield
Akin Gump Strauss Hauer & Feld LLP
580 California Street, Suite 1500
San Francisco, CA 94104

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
Richard W. Wieking
**MARY ANN BUCKLEY**

Date: MAR 17 2009

*Signature of Clerk of Court or Deputy Clerk*