```
 1  STEPHEN A. MANSFIELD (SBN 129666)
    smansfield@akingump.com
 2  ROBERT B. HUMPHREYS (SBN 168833)
    rhumphreys@akingump.com
 3  TERESA W. WANG (SBN 252961)
    twang@akingump.com
 4  AKIN GUMP STRAUSS HAUER & FELD LLP
    580 California Street, Suite 1500
 5  San Francisco, CA  94104
    Telephone:      (415) 765-9500
 6  Facsimile:      (415) 765-9501

 7  Attorneys for Petitioner,
    JEFFREY T. WEBBER
 8
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| JEFFREY T. WEBBER,<br><br>                        Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>                        Respondent. | Case No. CV 09 1161 CRB<br><br>**PROOF OF SERVICE AS TO ERIC H. HOLDER, JR.** |

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is: 580 California Street, 15th Floor, San Francisco, CA 94104. On **March 17, 2009**, I served the foregoing documents described as follows:

1. **Civil Case Cover Sheet**
2. **Summons in a Civil Action**
3. **Certification as to Interested Parties**
4. **Petition to Quash Administrative Summons of Susan O. Chang**
5. **Order Setting Case Management Conference**
6. **ECF Registration Information Handout**

on the interested parties below, using the following means:

[X]   **(BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED)** I enclosed the documents listed above in a sealed envelope or package addressed to the persons at the addresse(s) listed below and placed the envelope for collection and mailing on the date shown below, following our ordinary business practices. I am readily familiar with this business' practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this affidavit.

Eric H. Holder, Jr.
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

[X]   **(FEDERAL)** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **March 17, 2009**, at San Francisco, California.

Nancie R. Ward