1   STEPHEN A. MANSFIELD (SBN 129666)
    smansfield@akingump.com
2   ROBERT B. HUMPHREYS (SBN 168833)
    rhumphreys@akingump.com
3   TERESA W. WANG (SBN 252961)
    twang@akingump.com
4   **AKIN GUMP STRAUSS HAUER & FELD LLP**
    580 California Street, Suite 1500
5   San Francisco, CA  94104
    Telephone:      (415) 765-9500
6   Facsimile:      (415) 765-9501

7   Attorneys for Petitioner,
    JEFFREY T. WEBBER

8

9                   UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                    (SAN FRANCISCO DIVISION)

12   JEFFREY T. WEBBER                    Case No. CV 09 1161 CRB

13               Petitioner,             **PROOF OF SERVICE AS TO JOSEPH P.
                                          RUSSONIELLO**
14   v.

15   UNITED STATES OF AMERICA,

16               Respondent.

17

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE                                    CASE NO. CV 09 1161 CRB

1

**PROOF OF SERVICE**

2

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

3

I am employed in the County of San Francisco, State of California.  I am over the age of 18 and

4

not a party to the within action; my business address is:  580 California Street, 15th Floor, San Francisco, CA 94104.  On **March 17, 2009**, I served the foregoing documents described as follows:

5

    **1.**    **Civil Case Cover Sheet**

6

    **2.**    **Summons in a Civil Action**

    **3.**    **Certification as to Interested Parties**

7

    **4.**    **Petition to Quash Administrative Summons of Susan O. Chang**

    **5.**    **Order Setting Case Management Conference**

8

    **6.**    **ECF Registration Information Handout**

9

on the interested parties below, using the following means:

10

[X]    **(BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED)**  I enclosed the documents

11

listed above in a sealed envelope or package addressed to the persons at the addresse(s) listed below and placed the envelope for collection and mailing on the date shown below, following

12

our ordinary business practices.  I am readily familiar with this business' practice for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for

13

collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.  I am aware that on motion of the

14

party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this affidavit.

15

16

[X]    **(BY MESSENGER SERVICE – HAND DELIVERY)**  I caused the documents to be hand delivered by a professional messenger service on the date shown below to the person(s) at the

17

addresses listed below:  (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly

18

labeled to identify the attorney being served with a receptionist or an individual in charge of the office.  (2) For a party delivery was made to the party or by leaving the documents at the party's

19

residence between the hours of eight in the morning and six in the evening with some person

20

not less than 18 years of age.

21

Joseph P. Russoniello

United States Attorney

22

Northern District of California

450 Golden Gate Avenue, Box 36055

23

11th Floor, Federal Building

24

San Francisco, California 94102

25

[X]    **(FEDERAL)**  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

26

27

Executed on **March 17, 2009**, at San Francisco, California.

28

Nancie R. Ward

2

CASE NO. CV 09 1161 CRB