1  STEPHEN A. MANSFIELD (SBN 129666)
   smansfield@akingump.com
2  ROBERT B. HUMPHREYS (SBN 168833)
   rhumphreys@akingump.com
3  TERESA W. WANG (SBN 252961)
   twang@akingump.com
4  **AKIN GUMP STRAUSS HAUER & FELD LLP**
   580 California Street, Suite 1500
5  San Francisco, CA 94104
   Telephone:      (415) 765-9500
6  Facsimile:      (415) 765-9501

7  Attorneys for Petitioner,
   JEFFREY T. WEBBER
8

9                 UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                   (SAN FRANCISCO DIVISION)

12 | JEFFREY T. WEBBER           | Case No. CV 09 1161 CRB
13 |            Petitioner,       | **PROOF OF SERVICE AS TO MICHAEL PARISI**
14 | v.                           |
15 | UNITED STATES OF AMERICA,    |
16 |            Respondent.       |

PROOF OF SERVICE                                    CASE NO. CV 09 1161 CRB

Stephen A. Mansfield (SBN: 129666)
Robert B. Humphreys (SBN: 168833)
Teresa W. Wang (SBN: 252961)
**AKIN GUMP STRAUSS HAUER & FELD, LLP**
580 California Street, Suite 1500
San Francisco, CA 94104

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| JEFFERY T. WEBBER,<br>        Petitioner,<br><br>vs.<br><br>UNITED STATES OF AMERICA<br>        Respondent | Case No.: CV 09  1161<br><br>RETURN OF SERVICE |

    I, Mary Galvin, I am at least 18 years old and I am not a party to this action. I served copies of the following documents: **Summons in a Civil Action; Civil Case Cover Sheet; Certification as to Interested Parties; Petition to Quash Administrative Summons of Susan O. Chang; ECF Registration Information Handout; Order Setting Case Management Conference** by delivering a true and correct copy to Michael Parisi by leaving a true and correct copy with "Dennis" at his normal place of business, 1395 Ridgewood Drive, Suite 200 Chico CA 95973. This service took place on March 17, 2009 at 2:35 pm. Thereafter I mailed a copy via United States Postal Service Certified Priority Mail, Return Receipt requested (see attached). I am a registered California Process Server, Butte #116. My business address is Pro Legal Services, 318 Flume Street, Chico, CA 95928.

//

//

//

Proof of Service - 1

1  I declare under penalty of perjury under the laws of the State of California
2  that the forgoing is true and correct.

3

4  Dated this March 17, 2009

Mary Galvin
Pro Legal Services
Butte #116

