JOSEPH P. RUSSONIELLO
United States Attorney
THOMAS MOORE
Assistant United States Attorney
Chief, Tax Division
THOMAS M. NEWMAN (NYSBN 4256178)
Assistant United States Attorney
 9th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, CA 94102
 Telephone:    (415) 436-6805
 Fax:          (415) 436-6748
Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **JEFFREY T. WEBBER,** )<br>) <br>Petitioners, )<br>)<br>v. )<br>)<br>**UNITED STATES OF AMERICA ,** )<br>)<br>Respondent. )<br>) | Case No. 03:09-cv-1161-CRB<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |

The parties jointly stipulate as follows:

1. Petitioner filed this case on March 17, 2009, seeking to quash an administrative summons issued to Susan Chang.

2. Currently, a Case Management Conference is scheduled for June 26, 2009, at 8:30 a.m. In preparation for that conference the parties have met and conferred regarding the status and resolution of this case.

3. The parties agree, following that meeting, to a continuance of the Case Management Conference until August 21, 2009. The parties agree that this extension is necessary so that the parties can narrow the issues and make efforts to resolve this matter.

1

2

JOSEPH P. RUSSONIELLO
United States Attorney

3  Date: June 11, 2009

*/s/Thomas M. Newman*
THOMAS NEWMAN
4  Assistant United States Attorney
Tax Division

5

6

7  Date: June 11, 2009

*/s/Robert B. Humphreys* _____
Robert B. Humphreys
Akin Gump Strauss Hauer & Feld LLP
8  2029 Century Park East
Suite 2400
9  Los Angeles, CA 90067
310/229-1000
10  Fax: 310-229-1001
Email: rhumphreys@akingump.com

11

Attorney for Jeffrey T. Webber

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Stipulation to Continue CMC*
*Case No 09-cv-1161-CRB*                    2

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **JEFFREY T. WEBBER,** ) | |
| ) | **Case No. 03:09-cv-1161-CRB** |
| **Petitioners,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **UNITED STATES OF AMERICA ,** ) | |
| ) | |
| **Respondent.** ) | |
| ) | |

In accordance with the parties' stipulation, IT IS SO ORDERED.

Dated: June __, 2009

_____
CHARLES R. BREYER
United States District Court Judge