IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **JEFFREY T. WEBBER,** | ) |
|       **Petitioners,** | ) Case No. 03:09-cv-1161-CRB |
|       v. | ) ORDER |
| **UNITED STATES OF AMERICA ,** | ) |
|       **Respondent.** | ) |

In accordance with the parties' stipulation, IT IS SO ORDERED.

Dated: June 15, 2009

_____
CHARLES R. BREYER
United States District Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

*Stipulation to Continue CMC*
*Case No 09-cv-1161-CRB*    3