1  STEPHEN A. MANSFIELD (SBN 129666)
   smansfield@akingump.com
2  ROBERT B. HUMPHREYS (SBN 168833)
   rhumphreys@akingump.com
3  TERESA W. WANG (SBN 252961)
   twang@akingump.com
4  **AKIN GUMP STRAUSS HAUER & FELD LLP**
   580 California Street, Suite 1500
5  San Francisco, CA  94104
   Telephone:      (415) 765-9500
6  Facsimile:       (415) 765-9501

7  Attorneys for Petitioner,
   JEFFREY T. WEBBER
8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                        (SAN FRANCISCO DIVISION)

12 | JEFFREY T. WEBBER | Case No. CV 09 1161 CRB
13 |       Petitioner, | **JOINT STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER**
14 | v. |
15 | UNITED STATES OF AMERICA, |
16 |       Respondent. |

1  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii,) the parties stipulate to dismissal of the above-titled
2  action without prejudice, with each party to bear its own costs and attorneys' fees.

**IT IS SO STIPULATED.**

Dated: July 6, 2009        AKIN GUMP STRAUSS HAUER & FELD LLP


                           By      /s/
                              ROBERT B. HUMPHREYS
                              Attorneys for Petitioner,
                              JEFFREY T. WEBBER


Dated: July 6, 2009        UNITED STATES ATTORNEY'S OFFICE
                                   I


                           By      /s/
                              THOMAS M. NEWMAN
                              Attorneys for Respondent
                              UNITED STATES OF AMERICA

**IT IS SO ORDERED.**

Dated:  July  07, 2009
                           HONORABLE CHARLES R. BREYER

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]*